UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OWEN ARENT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br>  v.<br><br>ROCKET COMPANIES, INC., JAY D. FARNER, JULIE R. BOOTH, ROBERT DEAN WALTERS, and DANIEL GILBERT,<br><br>     Defendants. | Civ. No. 5:21-11618-JEL-APP<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge Anthony P. Patti |

## **APPEARANCE OF JEFFREY T. SCOTT**

PLEASE TAKE NOTICE that Jeffrey T. Scott of the law firm of Sullivan & Cromwell LLP has this day entered his appearance as counsel of record for Defendants Rocket Companies, Inc., Jay D. Farner, Julie R. Booth, Robert Dean Walters, and Daniel Gilbert.

Respectfully submitted,

*/s/ Jeffrey T. Scott*
Jeffrey T. Scott
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 588-3588
scottj@sullcrom.com

*Attorney for Defendants Rocket Companies, Inc., Jay D. Farner, Julie R. Booth, Robert Dean Walters, and Daniel Gilbert*

Dated: September 1, 2021

-3-

## **CERTIFICATE OF SERVICE**

      Jeffrey T. Scott certifies that on September 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record herein at their respective addresses.

                                              */s/ Jeffrey T. Scott*
                                              Jeffrey T. Scott