## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

OWEN ARENT, Individually and on
Behalf of All Others Similarly
Situated,

               Plaintiff,

v.

ROCKET COMPANIES, INC., JAY
D. FARNER, JULIE R. BOOTH,
ROBERT DEAN WALTERS, and
DANIEL GILBERT,

               Defendants.

Civ. No. 5:21-11618-JEL-APP

Hon. Judith E. Levy

Magistrate Judge Anthony P. Patti

## <u>APPEARANCE OF JULIA A. MALKINA</u>

PLEASE TAKE NOTICE that Julia A. Malkina of the law firm of Sullivan & Cromwell LLP has this day entered her appearance as counsel of record for Defendants Rocket Companies, Inc., Jay D. Farner, Julie R. Booth, Robert Dean Walters, and Daniel Gilbert.

Respectfully submitted,

/s/ Julia A. Malkina
Julia A. Malkina
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 588-3588
malkinaj@sullcrom.com

*Attorney for Defendants Rocket
Companies, Inc., Jay D. Farner, Julie
R. Booth, Robert Dean Walters, and
Daniel Gilbert*

Dated: September 1, 2021

## <u>CERTIFICATE OF SERVICE</u>

Julia A. Malkina certifies that on September 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record herein at their respective addresses.

*/s/ Julia A. Malkina*
Julia A. Malkina
